AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES

V.

MARTIN GOTTESFELD

## EXHIBIT AND WITNESS LIST

Case Number:  16-MJ-4117-MBB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bowler | D'Addio, Bookbinder | Ekeland |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/27/2016 | Digital | BPG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/27/2016 | | | Government calls Special Agent Jeffrey M. Williams |
| 1 | | 4/27/2016 | x | x | Screenshot of Youtube video posted by Shutdown Logan River Academy |
| 2 | | 4/27/2016 | x | x | Youtube video referenced in Exhibit #1 |
| 3 | | 4/27/2016 | x | x | Picture #1 of the boat Dana and Martin were on - shot of boat |
| 4 | | 4/27/2016 | x | x | Picture #2 of the boat Dana and Martin were on - close up of rear of boat |
| 5 | | 4/27/2016 | x | x | Picture #3 of the boat Dana and Martin were on - close up of front of boat |
| 6 | | 4/27/2016 | x | x | List of items seized from boat |
| | A-1 | 4/27/2016 | x | | Copy of Crimincal complaint (16-4117) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.